UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKERS INSURANCE COMPANY, a Florida corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DARRIN SISEMORE dba DARRIN LATH AND PLASTER, and DOES 1-50,<br><br>　　　　　　Defendants. | 1:08-cv-01865 AWI -BAK DLB<br><br>ORDER ADOPTING FINDINGS AND  RECOMMENDATIONS<br><br>ORDER GRANTING DEFAULT JUDGMENT BY COURT<br><br>(Documents 13, 18) |

　　　　Plaintiff Bankers Insurance Company ("Plaintiff") filed its First Amended Complaint for declaratory relief only on January 8, 2009, asking the Court to declare that Plaintiff has no defense or indemnification obligations to Defendant, Darrin Sisemore, doing business as Darrin Sisemore Lath and Plaster, or any other person or entity, for any damages, injuries, costs, attorneys' fees, indemnity, or any other relief resulting from the prosecution of a civil action, *Anderson, et al. v. Syroli IV, et al.,* Kern County Superior Court, Case No. S-1500-CV-262006 WDP.

　　　　On February 19, 2009, Plaintiff filed a request for entry of default as to Defendant Darrin Sisemore.  The Clerk of this Court entered default as requested on February 20, 2009.  On February 23, 2009, Plaintiff filed its Application for Default Judgment by Court, including a proposed form of order asking for judgment on the first cause of action for declaratory relief, to wit, that Plaintiff owes no duty to defend Defendant Darrin Sisemore dba Darrin Sisemore Lath and Plaster in the Kern

1

County Superior Court civil proceeding case number S-1500-CV-262006 WDP, and on the second cause of action for declaratory relief, a judgment providing that Plaintiff owes no duty to indemnify Defendant Darrin Sisemore, dba Darrin Sisemore Lath and Plaster, in the Kern County Superior Court civil proceeding case number S-1500-CV-262006 WDP. (Doc. 13, attachment 2.)  Defendant did not file an opposition to this application.

On May 11, 2009, the Magistrate Judge entered his Report and Recommendations that recommend the court grant Plaintiff default judgment.  This Report and Recommendations was served on the parties as prescribed by Rules 5-135 and 5-137 of the Local Rules of the United States District Court for the Eastern District of California.  That Report and Recommendations contained notice that any objections be filed within fifteen days.  No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court as conducted a *de novo* review of this case.  See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the entire file, the court adopts the Report and Recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The Report and Recommendations issued by the Magistrate Judge on May 11, 2009 are ADOPTED IN FULL;
2. Plaintiff's application for entry of default judgment by the court in favor of Plaintiff and against Defendant is GRANTED;
3. The Clerk of the Court is DIRECTED to enter judgment declaring that, under the terms of Plaintiff's commercial general liability policy number 04-0004850947-00, Bankers Insurance Company owes no duty to defend and/or indemnify Darrin Sisemore, doing business as Darrin Sisemore Lath and Plaster, in *Anderson, et al. v. Syroli IV, et al., Kern County Superior Court*, Case No. S-1500-CV-262006 WDP.

IT IS SO ORDERED.

**Dated:   June 23, 2009**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

2