**FILED**

JUN 2 5 2009

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| BANKERS INSURANCE COMPANY, a Florida corporation<br><br>Plaintiff,<br><br>v.<br><br>DARRIN SISEMORE dba DARRIN SISEMORE LATH AND PLASTER and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 1:08-CV-01865-AWI-TAG<br><br>[~~PROPOSED~~] DEFAULT JUDGMENT BY COURT |

Based upon the pleadings and records on file in this matter, and the Application for Default Judgment and Declaration of Todd F. Stevens, and

GOOD CAUSE APPEARING, THE COURT ISSUES THE FOLLOWING DEFAULT JUDGMENT:

a. On the First Cause of Action for declaratory relief, Bankers Insurance Company owes no duty to defend Defendant Darrin Sisemore dba Darrin Sisemore Lath and Plaster in Kern County Superior Court Case No. S-1500-CV-262006 WDP;

///
///
///
///

1      b. On the Second Cause of Action for declaratory relief, Bankers Insurance Company owes no duty to indemnify Defendant Darrin Sisemore dba Darrin Sisemore Lath and Plaster in Kern Count Superior Court Case No. S-1500-CV-262006 WDP.

Dated: 6-25-09

                                  Judge of the United States District Court
                                  Eastern District of California